# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 44 WM 2016

        Respondent        :

            v.            :

SHAUN D. ROSARIO,          :

        Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.  The "Motion in the Nature of Petition for Reconsideration to Remand to the Lower Court under Necessity" is **DISMISSED**.